In the Matter of the Application of COUNTY OF WEST-
CHESTER, by WESTCHESTER COUNTY PARK COMMISSION,
Respondent, to Acquire Title to Lands of FRANK M.
COOK et al., Defendants.

JOHN T. CREIGHTON et al., as Executors and Trustees
under the Will of WILLIAM W. COOK, Deceased,
Appellants; THE PRESBYTERIAN HOSPITAL IN THE
CITY OF NEW YORK, Respondent and Appellant.

(Argued June 4, 1935; decided July 11, 1935.)

*Charles Angulo, Benjamin Nassau* and *John T. Creighton* for executors and trustees of William W. Cook, deceased, appellants and respondents.

*Neil P. Cullom* and *Frederick M. Schlater* for The Presbyterian Hospital in the City of New York, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.